FILED

2020 Dec-22  PM 12:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TYRONE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-883-ACA-GMB |
| | ) | |
| GWENDOLYN GIVENS, Warden, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

On November 16, 2020, the Magistrate Judge entered a report and recommendation that this action be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief may be granted. (Doc. 10). Although the Magistrate Judge advised Plaintiff Tyrone Brooks of his right to file specific written objections within fourteen days, the court has received no objections, and the time to file objections has expired.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court finds the Magistrate Judge's report is due to be **ADOPTED** and his recommendation **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b), the court **WILL DISMISS** this actions **WITHOUT PREJUDICE** for failing to state a claim upon which relief can be granted.

The court will enter a separate final judgment order.

**DONE** and **ORDERED** this December 22, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE